IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ERNSON WILCINOT, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 7:14-CV-122-HL-MSH |
| | : | 28 U.S.C. § 2241 |
| ERIC HOLDER, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**REPORT AND RECOMMENDATION**

On August 25, 2014 the Court received a motion from Petitioner seeking to withdraw his application for a writ of habeas corpus. (ECF No. 8.) Petitioner states that his removal proceedings were terminated and he was released from custody on August 7, 2014. (Mot. to Withdraw Pet. for Writ of Habeas Corpus ¶¶ 1-3.) Since Petitioner has been released from custody, his petition for habeas relief is moot. *See, e.g., Al Najjar v. Ashcroft*, 273 F.3d 1330, 1336 (11th Cir. 2001) ("If events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give the plaintiff or appellant meaningful relief, then the case is moot and must be dismissed.")

Petitioner's motion should thus be granted and his application for a writ of habeas corpus should be dismissed without prejudice to his right to file a new § 2241 petition in the future if a change in his circumstances occurs. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the United States District Judge within fourteen (14) days after being served a copy of this

recommendation.

    SO RECOMMENDED, this 2nd day of September, 2014.

                                       /s/ Stephen Hyles
                                       UNITED STATES MAGISTRATE JUDGE