# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ERNSON WILCINOT**,

    Petitioner,

v.

**ERIC HOLDER et al.**,

    Respondents.

Civil Action No. 7:14-CV-122 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 9). On August 25, 2014, Petitioner filed a Motion to Withdraw Petition for Writ of Habeas Corpus (Doc. 8), informing the Court that his removal proceedings were terminated and that he was released from custody on August 7, 2014. Because Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2241 is now moot, the Magistrate Judge recommends granting Petitioner's motion and dismissing his application for writ of habeas corpus without prejudice.

The parties filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby grants Petitioner's

Motion to Withdraw Petition for Writ of Habeas Corpus (Doc. 8) and dismisses Petitioner's application without prejudice.

Subsequent to the entry of the Magistrate Judge's Report and Recommendation, Respondents filed their Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 11). Respondents' motion is denied as moot.

**SO ORDERED**, this the 23rd day of September, 2014.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

aks